IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02686-REB-MEH

EMAD HANANY, and
CRAIG HAWK,

      Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 14, 2011.**

      The Stipulated Motion for Protective Order [filed January 13, 2011; docket #16] is **granted**. The Protective Order is issued and filed contemporaneously with this minute order.