**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02686-REB-MEH

EMAD HANANY, and
CRAIG HAWK,

     Plaintiffs,
v.

WELLS FARGO BANK, N.A.,

     Defendant.

**ORDER OF DISMISSAL AS TO PLAINTIFF CRAIG HAWK, ONLY**

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#28] filed May 10, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that the claims of plaintiff, Craig Hawk, against defendant, Wells Fargo Bank, N.A., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#28] filed May 10, 2011, is **APPROVED**;

2. That the claims of plaintiff, Craig Hawk, against defendant, Wells Fargo Bank, N.A., are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That plaintiff, Craig Hawk, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 10, 2011, at Denver, Colorado.

                                                            **BY THE COURT:**

                                                            */s/ Bob Blackburn*
                                                            Robert E. Blackburn
                                                           United States District Judge