IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02686-REB-MEH

EMAD HANANY,

      Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 11, 2011.**

      Defendant's Unopposed Motion to Amend Protective Order [filed October 6, 2011; docket #40] is **granted**. The Amended Protective Order is accepted, issued and filed contemporaneously with this minute order.