**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02686-REB-MEH

EMAD HANANY,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Plaintiff's Unopposed Motion To Strike and Substitute Pleading** [#49][2] filed November 8, 2011.  The motion is **GRANTED**.  **Plaintiff's Response in Opposition To Defendant's Motion For Summary Judgment** [#48] filed October 31, 2011, is **STRICKEN** and **Plaintiff's Response in Opposition To Defendant's Motion For Summary Judgment** [#49-6] and the exhibits attached to the motion to strike, are accepted for filing.

    Dated:  November 8, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#49]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.