**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02686-REB-MEH

EMAD HANANY,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal With Prejudice** [#54][1] filed December 15, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#54] filed December 15, 2011, is **APPROVED**;

    2. That the Trial Preparation Conference set for December 16, 2011, is **VACATED**;

    3. That the jury trial set to commence January 9, 2012, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

---

[1] "[#54]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 15, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge